**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**



SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

DEC 0 5 2005

J. T. NOBLIN, CLERK
BY_____DEPUTY

**JUDY VARNER**                                                        **PLAINTIFF**

**V.**                                    **CIVIL ACTION NO. 3:05CV247-WHB-AGN**

**MBNA CORPORATION and MBNA
AMERICA BANK, N.A.**                                     **DEFENDANTS**

## ORDER OF DISMISSAL

This cause coming on to be heard on the Motion of the Plaintiff and the

Defendant, and the Court being advised that the parties have resolved their differences and wish

to have the case dismissed;

IT IS, THEREFORE, ORDERED that this action is dismissed with prejudice,

with each party to bear its own costs.

SO ORDERED, ~~October~~ _December_ _5_, 2005.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

_____
**Attorney for Defendant**
David W. Clark
Danielle D. Ireland
BRADLEY ARANT ROSE & WHITE LLP
One Jackson Place, Suite 450
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789

_____
**Attorney for Plaintiff**
J. Patrick Frascogna
FRASCOGNA COURTNEY, PLLC
6360 I-55 North, Suite 150
Posts Office Box 23126
Jackson, Mississippi 39225-3126

4/70061.1